UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sharonda Thomas, | : |
| | : |
| | : Civil Action No.: 2:13-cv-03175-TON |
| Plaintiff, | : |
| v. | : |
| | : |
| GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Sharonda Thomas ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 25, 2013

Respectfully submitted,

PLAINTIFF, Sharonda Thomas

 /s/Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                               By */s/Jody B. Burton*
                                                    Jody B. Burton